IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT<br><br>Plaintiff,<br><br>v.<br><br>F5 NETWORKS, INC.,<br><br>Defendant. | Civil Action No.: 3:20-cv-00719-JAG<br><br>STIPULATED MOTION AND [PROPOSED] ORDER TO TRANSFER |

Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU") and Defendant F5 Networks, Inc. ("F5 Networks") (collectively, "Parties") by and through their respective counsel of record, respectfully submit this Stipulated Motion to transfer this action to the United States District Court for the Western District of Washington.

The Parties hereby stipulate through their respective counsel as follows:

WHEREAS, on September 15, 2020, WSOU filed a Complaint for Patent Infringement against F5 Networks in the above-captioned action (Dkt. 1) ("the Action");

WHEREAS, on September 16, 2020, the Action was assigned to Judge Gibney in the Richmond Division of the Eastern District of Virginia;

WHEREAS, F5 Networks has not answered or otherwise responded to WSOU's Complaint for Patent Infringement;

WHEREAS, F5 Networks's Answer is due on January 5, 2021;

WHEREAS, the Parties stipulate to the transfer of the Action to the United States District Court for the Western District of Washington; and

WHEREAS, the Parties respectfully request the Court grant this Stipulated Motion and transfer the Action to the United States District Court for the Western District of Washington.

IT IS HEREBY STIPULATED AND AGREED, by among the Parties and their respective counsel of record and with the permission of the Court, that the Action be transferred to the United States District Court for the Western District of Washington.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

WORKAMER\30779\112002\37925209.v1-12/22/20

Dated:  December 30, 2020

By: */s/ D. Shane Brun*
    sbrun@kslaw.com (CA Bar No. 179079)
    (Pro hac vice forthcoming)
    King & Spalding LLP
    601 California Avenue, Suite 100
    Palo Alto, CA 94304
    Telephone: (415) 318-1245

**Attorneys for Defendant
F5 NETWORKS, INC.**

By: */s/ Isaac P. Rabicoff*
    Isaac Philip Rabicoff
    isaac@rabilaw.com
    Rabicoff Law LLC
    5680 King Centre Dr., Suite 654
    Alexandria, VA 22315
    Telephone: (773) 669-4590

    Jonathan K. Waldrop (CA Bar No. 297903)
    (Pro hac vice forthcoming)
    jwaldrop@kasowitz.com
    Darcy L. Jones (CA Bar No. 309474)
    (Pro hac vice forthcoming )
    djones@kasowitz.com
    Marcus A. Barber (CA Bar No. 307361)
    (Pro hac vice forthcoming)
    mbarber@kasowitz.com
    John W. Downing (CA Bar No. 252850)
    (Pro hac vice forthcoming)
    jdowning@kasowitz.com
    Heather S. Kim (CA Bar No. 277686)
    (Pro hac vice forthcoming)
    hkim@kasowitz.com
    Jack Shaw (CA Bar No. 309382)
    (Pro hac vice forthcoming)
    jshaw@kasowitz.com
    ThucMinh Nguyen (CA Bar No. 304382)
    (Pro hac vice forthcoming)
    tnguyen@kasowitz.com
    **KASOWITZ BENSON TORRES LLP**
    333 Twin Dolphin Drive, Suite 200
    Redwood Shores, California 94065
    Telephone: (650) 453-5170
    Facsimile: (650) 453-5171

    Paul G. Williams (GA Bar No. 764925)
    (Pro hac vice forthcoming)
    pwilliams@kasowitz.com
    **KASOWITZ BENSON TORRES LLP**
    1230 Peachtree Street N.E., Suite 2445
    Atlanta, Georgia 30309
    Telephone: (404) 260-6080
    Facsimile: (404) 260-6081

    **Attorneys for WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT**

## **[PROPOSED] ORDER**

Based on the foregoing, IT IS SO ORDERED that this Action be transferred to the United States District Court for the Western District of Washington. The Court DIRECTS the Clerk to transfer this case to the United States District Court for the Western District of Washington.

DATED: _____

_____
HON. JOHN A. GIBNEY JR.
UNITED STATES DISTRICT JUDGE

4

## CERTIFICATE OF SERVICE

      I electronically filed the foregoing with the clerk of court for the United States District Court for the Eastern District of Virginia on this 30th day of December, 2020, using the CM/ECF system, which will send notifications of such filing (NEF) to all CM/ECF registered attorneys on the NEF on this 30th day of December, 2020.

                                              */s/ Isaac P. Rabicoff*
                                              Isaac P. Rabicoff