# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT<br><br>Plaintiff,<br><br>v.<br><br>F5 NETWORKS, INC.,<br><br>Defendant. | Civil Action No.: 3:20-cv-00719-JAG<br><br>NOTICE OF CONSENT TO STIPULATED MOTION AND [PROPOSED] ORDER TO TRANSFER |

Defendant F5 Networks, Inc. ("F5 Networks") by and through counsel of record, respectfully submit this Notice of Consent to the Stipulated Motion to transfer this action to the United States District Court for the Western District of Washington.

I, Stephen Baskin, hereby declare:

1. I am a Partner at the law firm of King & Spalding LLP and counsel of record for Defendant F5 Networks, Inc.

2. On December 30, 2020, the parties requested the Court grant the Stipulated Motion and transfer the Action to the United States District Court for the Western District of Washington. (Dkt. 24.)

3. I consent to the Stipulated Motion and confirm the parties agree and stipulate that, with the permission of the Court, the Action be transferred to the United States District Court for the Western District of Washington

Dated:  December 31, 2020

By: <u>*/s/ Stephen E. Baskin*</u>
    Stephen E. Baskin (VA 47567)
    sbaskin@kslaw.com
    King & Spalding LLP
    1700 Pennsylvania Avenue, NW, 2nd Floor
    Washington, DC 20006-4707
    Telephone: (202) 737-0500

**Attorney for Defendant**
**F5 NETWORKS, INC.**

**CERTIFICATE OF SERVICE**

      I electronically filed the foregoing with the clerk of court for the United States District Court for the Eastern District of Virginia on December 31, 2020, using the CM/ECF system, which will send notifications of such filing (NEF) to all CM/ECF registered attorneys on the NEF.

                                            */s/ Stephen E. Baskin*
                                            Stephen E. Baskin (VA 47567)