IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

WSOU Investments, LLC,
      Plaintiff,

v.                                                Civil Action No. 3:20cv719

F5 Networks, Inc.,
      Defendant.

## ORDER

This matter comes before the Court on the parties' joint Motion to Transfer, (ECF No. 24), and the Stipulation to Extend Time, (ECF No. 28). The Court construes the Stipulation as a motion seeking to extend the defendant's time to answer and, upon due consideration, GRANTS the motion. The defendant shall have until February 5, 2021, to file its answer in this case.

The Motion to Transfer is entirely devoid of any reason, other than the parties' agreement, why the Court should transfer the case. The Court therefore DENIES the Motion without prejudice. (ECF No. 24.) The parties may re-submit the motion within seven (7) days of this Order and include reasons in support of their requested transfer.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 26 January 2021
Richmond, VA

/s/
John A. Gibney, Jr.
United States District Judge