# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>　　　　Plaintiff,<br><br>v.<br><br>F5 NETWORKS, INC.,<br><br>　　　　Defendant. | §<br>§　Civil Action No.: 3:20-cv-00719-JAG<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## [PROPOSED] ORDER GRANTING DISMISSAL WITHOUT PREJUDICE

The request to dismiss this matter without prejudice is hereby GRANTED.

DATED: _____

_____
HON. JOHN A. GIBNEY, JR.
UNITED STATES DISTRICT JUDGE